# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
13 JAN 28 PM 12:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR4701-MMA |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| RENE CESAR GUERRERO-RODRIGUEZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) as charged in the Indictment/Information:

_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/25/2013

_____
Michael M. Anello
U.S. District Judge